IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RUFFIN, #145 522, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-833-WHA |
| | ) | |
| STATE OF ALABAMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on March 24, 2020. Doc. 12.  There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1.  Plaintiff's complaint against the State of Alabama is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1);

2.  The State of Alabama is TERMINATED as party to this complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant State of Alabama pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done, this 20th day of April 2020.

   /s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE