IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL RUFFIN, #145 522,           )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )     CIVIL ACTION NO. 2:19-CV-833-RAH-CSC
                                    )
COI FRAZIER,                        )
                                    )
        Defendant.                  )

## ORDER

On January 5, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. (Doc. 33.)   Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

A separate Final Judgment will be entered.

DONE, this 29th day of January, 2021.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE